United States District Court
Southern District of Texas
**ENTERED**
November 29, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCIS CHERRY, JR., | § | |
| TDCJ #1517796, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. H-22-4536 |
| v. | § | |
| | § | |
| DIRECTOR BRYAN COLLIER, | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 29th day of November, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE